**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MOHAMMED SALEM AL-ZARNOUQI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Civil Action No. 06-1767 (RCL)** |
| ) | |
| BARACK OBAMA, *et al.*, ) | **FILED** |
| ) | |
| Respondents. ) | **JUL 1 2 2012** |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**SCHEDULING ORDER**

This matter comes before the Court following a status conference held July 12, 2012. It is hereby

        **ORDERED** that the following schedule apply:

| | |
|---|---|
| Deadline for Petitioner to Amend Motions: | October 31, 2012 |
| Deadline for Respondents to File Responses: | November 19, 2012 |
| Deadline for Petitioner's Replies: | December 19, 2012 |

**SO ORDERED** this *27th* day of July 2012.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court